**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MARISA MANN,** ) | |
|     O/B/O T.D.M., a minor child ) | |
|     Plaintiff, ) | |
|     vs. ) | NO: 05-CV-613-FHM |
| ) | |
| **JO ANNE B. BARNHART**, Commissioner, ) | |
| Social Security Administration, ) | |
|     Defendant. ) | |

**ORDER OF REMAND TO THE AGENCY UNDER SENTENCE
FOUR FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

On consideration of the Commissioner's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four (Doc. 19), the Court finds:

1. Judgment should be entered reversing the decision of the Commissioner and remanding this case to the Defendant for further administrative action pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. §405(g). Melkonyan v. Sullivan, 501 U.S. 89 (1991).

2. Upon remand, the Administrative Law Judge (ALJ) will:

    a. Re-evaluate Plaintiff's medical records, school records, and the testimony taken at the hearing and explain what evidence he relies on in reaching his decision and why he rejects the evidence which does not support his decision, and

    b. evaluate Plaintiff's credibility and cite the evidence in the record which he relies on in making his credibility analysis pursuant to the regulations, *Luna v. Bowen*, 834 F.2d 161, 164-66 (10th Cir. 1987), *Kepler v. Chater*, 68 F.3d 387, 190-91 (10th Cir. 1995), and SSR 96-7p.

3. On remand the Commissioner should hold a de novo hearing and issue a new decision.

IT IS SO ORDERED this 28th day of June, 2006.

*Frank H. McCarthy*
**FRANK H. McCARTHY**
UNITED STATES MAGISTRATE JUDGE